CLERK'S OFFICE
TED STATES COURT OF APPEALS
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

Г-S-    100035019-1N          10/28/25

```
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER
```



25-2356

Muhammad Milhouse
123 East 15th Street
Room 1701
New York, NY 10003

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: September 29, 2025
Docket #: 25-2356
Short Title: Milhouse v. Morgan and Morgan P.A.

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 1:23-cv-7016
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Katherine P. Failla

## DOCKETING NOTICE

A notice of appeal filed by Muhammad Milhouse in the above referenced case was docketed today as 25-2356. This number must appear on all documents related to this case that are filed in this Court. For pro se parties the docket sheet with the caption page, and an Acknowledgment and Notice of Appearance Form are enclosed. In counseled cases the docket sheet is available on PACER. Counsel must access the Acknowledgment and Notice of Appearance Form from this Court's website http://www.ca2.uscourts.gov.

The form must be completed and returned within 14 days of the date of this notice. The form requires the following information:

YOUR CORRECT CONTACT INFORMATION: Review the party information on the docket sheet and note any incorrect information in writing on the Acknowledgment and Notice of Appearance Form.

The Court will contact one counsel per party or group of collectively represented parties when serving notice or issuing our order. Counsel must designate on the Acknowledgment and Notice of Appearance a lead attorney to accept all notices from this Court who, in turn will, be responsible for notifying any associated counsel.

CHANGE IN CONTACT INFORMATION: An attorney or pro se party who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case.

An attorney and any pro se party who is permitted to file documents electronically in ACMS must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail. To update contact information, a Filing User must access PACER's Manage My Appellate Filer Account, https://www.pacer.gov/psco/cgi-bin/cmecf/ea-login.pl. The Court's records will be updated within 1 business day of a user entering the change in PACER.

A pro se party who is not permitted to file documents electronically must notify the Court of a change in mailing address or telephone number by filing a letter with the Clerk of Court.

CAPTION: In an appeal, the Court uses the district court caption pursuant to FRAP 12(a), 32(a). For a petition for review or original proceeding the Court uses a caption pursuant to FRAP 15(a) or 21(a), respectively. Please review the caption carefully and promptly advise this Court of any improper or inaccurate designations in writing on the Acknowledgment and Notice of Appearance form. If a party has been terminated from the case the caption may reflect that change only if the district court judge ordered that the caption be amended.

APPELLATE DESIGNATIONS: Please review whether petitioner is listed correctly on the party listing page of the docket sheet and in the caption. If there is an error, please note on the Acknowledgment and Notice of Appearance Form. Timely submission of the Acknowledgment and Notice of Appearance Form will constitute compliance with the requirement to file a Representation Statement required by FRAP 12(b).

For additional information consult the Court's instructions posted on the website.

Inquiries regarding this case may be directed to 212-857-8551.

# PUBLIC DOCKET FOR

# United States Court of Appeals for the Second Circuit

**Court of Appeals Docket #:** 25-2356

**Case Name:** Milhouse v. Morgan and Morgan P.A.

**Nature of Suit:** 3190 CONTRACT-Other Contract Action

**Appeal From:** SDNY (NEW YORK CITY)

**Fee Status:** Due

**Docketed:** 09/29/2025

**Status:** Open

## Case Type Information

1. Civil

2. Private

3.

## Originating Court Information

**District:** SDNY (NEW YORK CITY): 1:23-cv-7016

**Trial Judge:** Katherine P. Failla, District Judge

**Date Filed:** 08/09/2023

| Date Order/Judgment | Date Order/Judgment EOD | Date NOA Filed | Date Rec'd COA |
|---|---|---|---|
| 08/21/2025 | 08/21/2025 | 09/26/2025 | 09/26/2025 |

## Associated Cases

## Party and Attorney Listing

MUHAMMAD MILHOUSE
Plaintiff - Appellant

Muhammad Milhouse
[Pro Se]
123 East 15th Street
Room 1701
New York, NY 10003

MORGAN & MORGAN P.A.
Defendant - Appellee

Nicholas Gerschman
Direct: 917-344-7021
[Retained]
Morgan & Morgan
199 Water Street

15th Floor
New York, NY 10038

MORGAN AND MORGAN NEW YORK, PLLC,
you, your or the firm
Defendant - Appellee

Nicholas Gerschman
Direct: 917-344-7021
[Retained]
Morgan & Morgan
199 Water Street
15th Floor
New York, NY 10038

MORGAN & MORGAN PLLC
Defendant

KATHLEEN BEATTY
Defendant

TARA CRUZ
Defendant

T. SHURLY
Defendant

JOHN DOE
Defendant

JANE DOE
Defendant

Muhammad Milhouse,

       Plaintiff - Appellant,

 v.

Morgan & Morgan P.A., Morgan and Morgan New York, PLLC, you, your or the firm,

       Defendants - Appellees,

Morgan & Morgan PLLC, Kathleen Beatty, Tara Cruz, T. Shurly, John Doe, Jane Doe,

Defendants.

| Docket | | LEGEND:<br>(R) - Restricted Document<br>(L) - Locked Document |
|---|---|---|
| **Date Filed** | **Entry #** | **Public Docket Text** |
| 09/26/2025 | 1 | NOTICE OF CIVIL INTERLOCUTORY APPEAL, with district court docket, on behalf of Appellant Muhammad Milhouse, FILED. [Entered: 09/29/2025 02:05 PM] [Edited: 09/29/2025 02:23 PM] |
| 09/26/2025 | 2 | DISTRICT COURT ORDER, dated 08/21/2025, RECEIVED. [Entered: 09/29/2025 02:10 PM] |
| 09/26/2025 | 3 | ELECTRONIC INDEX, in lieu of record, FILED. [Entered: 09/29/2025 02:19 PM] |
| 09/26/2025 | 6 | MOTION, to proceed in forma pauperis, on behalf of Appellant Muhammad Milhouse, FILED. No Service. [Entered: 09/29/2025 02:28 PM] |
| 09/29/2025 | 4 | CIVIL INTERLOCUTORY APPEAL, on behalf of Appellant Muhammad Milhouse, received on 09/26/2025, OPENED. [Entered: 09/29/2025 02:22 PM] |
| 09/29/2025 | 5 | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT. [Entered: 09/29/2025 02:24 PM] |
| 09/29/2025 | 7 | DEFECTIVE DOCUMENT, Motion to proceed in forma pauperis, at docket entry 6, on behalf of Appellant Muhammad Milhouse, copy to pro se appellant, FILED. [Entered: 09/29/2025 02:32 PM] [Edited: 09/29/2025 03:32 PM] |
| 09/29/2025 | 8 | NON-ADMITTED ATTORNEY, Nicholas Gerschman, orally informed to apply for admission forthwith and submit Addendum A to Notice of Appearance, NOTIFIED. [Entered: 09/29/2025 02:38 PM] |

*Docket as of 9/29/2025 3:33 PM*

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 30, 2025
Docket #: 25-2356
Short Title: Milhouse v. Morgan and Morgan P.A.

DC Docket #: 1:23-cv-7016
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Katherine P. Failla

## NOTICE OF DEFECTIVE FILING

On September 26, 2025 the Motion to proceed in forma pauperis, on behalf of the Appellant Muhammad Milhouse, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
___X___ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
___X___ Improper proof of service *(FRAP 25)*
    ___X___ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

   X    Other: <u>Serve Appellee's counsel Nicholas Gerschman at 199 Water Street 15th Floor New York, NY 10038.</u>

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than October 20, 2025. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8551.

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____
_____

Appearance for (party/designation): none _____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
( ) Incorrect.    See attached caption page with corrections.

   **Appellate Designation** is:
( ) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
     Parties: _____
( ) Incorrect.    Please change the following parties' designations:
     <u>Party</u>                          <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____    Fax:_____
Email:_____

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:_____
_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____
_____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
_____ OR that ( ) I applied for admission on_____or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:_____
Type or Print Name:_____
    OR
Signature of pro se litigant: _____
Type or Print Name:_____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.